930

No. 77–6114.  REED *v.* OWEN ET AL.  Sup. Ct. Colo.  Certiorari denied.

No. 77–6115.  LAWARY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 77–6118.  SMYZER *v.* DOTSON, SUPERINTENDENT, CAREER DEVELOPMENT CENTER OF KENTUCKY.  C. A. 6th Cir.  Certiorari denied.

No. 77–6121.  O'NEILL *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Alameda.  Certiorari denied.

No. 77–6122.  MARSH *v.* CUPP, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 77–6123.  LOWE *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 77–6124.  LAWRENCE ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 77–6127.  NOONE *v.* SZORADI ET AL.  Ct. App. D. C.  Certiorari denied.

No. 77–6128.  RICHARDSON *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 77–6129.  RILEY *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 77–6133.  CARR *v.* DICK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–6136.  CHRISTIAN *v.* PERINI, PENITENTIARY SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 77–6139.  CRAWFORD *v.* KANSAS.  Sup. Ct. Kan.  Certiorari denied.